Darryl Lamar TOLLIVER,
Plaintiff—Appellant,

v.

PEOPLE of the State of California;
et al., Defendants—Appellees.

No. 04–16669.
D.C. No. CV–03–04738–VRW.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 24, 2005.

Darryl Lamar Tolliver, Crescent City, CA, pro se.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM**

California state prisoner Darryl Lamar Tolliver appeals pro se the district court's judgment dismissing pursuant to 28 U.S.C. § 1915(e)(2), his civil rights action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir. 1998) (order), and we affirm.

Because Tolliver makes no argument on appeal challenging the district court's March 12, 2004 order dismissing his action, he has waived the right to challenge that

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

order. *See Indep. Towers of Washington v. Washington,* 350 F.3d 925, 929 (9th Cir. 2003).

**AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

